## WATT v. WAINWRIGHT, CORRECTIONS DIRECTOR.

No. 575, Misc.  Decided April 22, 1963.

Petitioner *pro se*.

*Richard W. Ervin*, Attorney General of Florida, and *A. G. Spicola, Jr.*, Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright*, 372 U. S. 335.

## ARNOLD v. DIRECTOR, FLORIDA DIVISION OF CORRECTIONS.

No. 771, Misc.  Decided April 22, 1963.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright*, 372 U. S. 335.